Case 2:14-cr-00168-TOR   Document 371   Filed 12/12/14

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2014

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

December 12, 2014

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable John Rodgers
U.S. Magistrate Judge
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, Washington 99201-1010

**RE:** LIZOTTE, Ashley
**DOCKET No:** 2:14CR00168-TOR-12
**CURRENT LOCATION:**
████████████

**REQUEST FOR MODIFICATION**

Dear Judge Rodgers:

On December 3, 2014, Ms. Lizotte appeared before Your Honor for an initial appearance. Ms. Lizotte was ordered to be released, and placed under pretrial release supervision. She reported to the U.S. Probation/Pretrial Services Office, where the undersigned officer discussed modifying Ms. Lizotte's release conditions to include substance abuse testing and treatment, and mental health counseling.

Ms. Lizotte discussed these modifications with her attorney, as she was in agreement to add these conditions, and signed a consent to modify conditions of release. Defense counsel was contacted and agreed to the modification. Ms. Lizotte indicated to this officer that she would like to begin services as soon as possible.

The consent to modify conditions of release form, signed by the defendant, her counsel and the undersigned officer, is attached for your review and signature.

**December 12, 2014**
**Page 2**

Should the Court have any further questions, please contact the undersigned officer.

                                        Respectfully submitted,

                                        Scott M. Morse, Sr.
                                        Chief U.S. Probation Officer

                                        By: s/Anne Sauther              12/12/2014
                                        Anne Sauther                            Date
                                        U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson   12/12/2014
Matthew Thompson         Date
Supervising U.S. Probation Officer

AS/sf

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America )<br>)<br>vs )<br>)<br>Ashley Lizotte ) | Case No. 2:14CR00168-TOR-12 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ashley Lizotte, have discussed with Anne Sauther, Pretrial Services/Probation Officer, modification of my release as follows:

1. You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

2. You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully compete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

3. You shall abstain from the use of alcohol and illegal controlled substances and shall submit to urinalysis/breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12/10/14        _____ 12/10/14
Signature of Defendant      Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    12/11/14
**Signature of Defense Counsel**    **Date**

[X]    The above modification of conditions of release is ordered, to be effective on  12/12/14

[ ]    The above modification of conditions of release is **not** ordered.

_____    December 12, 2014
**Signature of Judicial Officer**    **Date**